**Order entered February 17, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01144-CR

**JONATHAN DEON MIDDLETON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F20-76983-H**

## ORDER

On February 16, 2023, the Dallas County District Clerk filed the clerk's record for this appeal. The cover sheet and index page for volume 2 of the clerk's record state that the record is "sealed." However, the record does not contain an order signed by the trial court sealing volume 2 of clerk's record and its contents.

We **STRIKE** volume 2 of the clerk's record filed February 16, 2023.

We **ORDER** the trial court to determine whether any of the documents in volume 2 of the reporter's record contain sensitive or confidential data and should be subject to a sealing order. The trial court shall identify which documents, if any, should be subject to a sealing order; the trial court shall sign a sealing order sealing those documents the trial court found should be subject to a sealing order; and the trial court shall notify the district clerk of the sealing order or that no documents are subject to a sealing order within **THIRTY DAYS** of the date of this order.

If the trial court determines that none of the documents should be subject to a sealing order, then the district clerk shall transmit volume 2 of the clerk's record to this Court in an unsealed volume of the clerk's record without a sealing order. If the trial court determines that some or all of the documents should be subject to a sealing order, then the district clerk shall transmit those documents in a sealed volume of the clerk's record to this Court with the sealing order as the first document in the sealed volume of the clerk's record; and the district clerk shall transmit any remaining unsealed documents in a separate unsealed volume of the clerk's record without a sealing order. *See* TEX. R. APP. P. 9.10(g). We **ORDER** Felicia Pitre, Dallas County District Clerk, to file the sealed and/or unsealed volumes of the clerk's record with this Court within **FIFTEEN DAYS** of receiving

notice from the trial court of which documents, if any, are subject to a sealing order and receiving any applicable sealing order from the trial court.

Appellant's brief shall be due **THIRTY DAYS** after the sealed and/or unsealed volume 2 of the clerk's record is received in this Court.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1, Dallas County; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. This appeal shall be reinstated when the record transmitted by the trial court is received or at such other time as the Court deems proper.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE